# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ELENOR SKYE VILLANUEVA PATINO, et al., | Case No. 1:18-cv-01468-AWI-SAB |
|---|---|
| Plaintiffs, | ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM |
| v. | (ECF No. 1) |
| COUNTY OF MERCED, et al., | TEN-DAY DEADLINE |
| Defendants. | |

On October 24, 2018, Plaintiffs Elenor Skye Villanueva Patino and Lillyanna Amelia Patino, both minors, filed a complaint in this action. The complaint states the action is filed by and through the minors' guardian ad litems. Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ." L.R. 202(a).

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of entry of this order, Plaintiffs' counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202.

IT IS SO ORDERED.

Dated: **October 26, 2018**

UNITED STATES MAGISTRATE JUDGE