# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:18-cv-01468-AWI-SAB <br><br> ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR LILLYANNA VILLANUEVA <br><br> (ECF No. 6) |

On October 24, 2018, Plaintiffs Elenor Skye Villanueva Patino and Lillyanna Amelia Patino, both minors, filed a complaint in this action. On November 5, 2018, Adrianna Lucas Andrade filed a petition for appointment as a guardian ad litem of minor Lillyanna Amelia Patino, her minor daughter.

Pursuant to Rule 17 of the Federal Rules of Civil Procedure, a representative of a minor may sue or defend on the minor's behalf. Fed. R. Civ. P. 17(c). This requires the Court to take whatever measures it deems appropriate to protect the interests of the individual during the litigation. United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). The appointment of the guardian ad litem is more than a mere formality. Id. "A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." Id. A guardian ad litem

need not possess any special qualifications, but she must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." AT&T Mobility, LLC v. Yeager, 143 F.Supp.3d 1042, 9 (E.D. Cal. 2015). This means that the guardian ad litem cannot face an impermissible conflict of interest with the ward and courts consider the candidate's "experience, objectivity, and expertise" or previous relationship with the ward. Id. (citations omitted).

The Court has considered the petition of Adrianna Lucas Andrade for appointment as Guardian Ad Litem for Lillyanna Amelia Patino who is the plaintiff in this action. Good cause appearing, IT IS SO ORDERED, that Adrianna Lucas Andrade is appointed as Guardian Ad Litem for Lillyanna Amelia Patino, her minor daughter.

IT IS SO ORDERED.

Dated: **November 5, 2018**

_____
UNITED STATES MAGISTRATE JUDGE