# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., | Case No.  1:18-cv-01468-AWI-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT AND DIRECTING CLERK OF COURT TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 19) |
| Defendants. | |

On April 29, 2019, the parties filed a stipulation to allow Plaintiffs to file a first amended complaint in this action.  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Plaintiffs are granted leave to file their first amended complaint;

2.      The Clerk of the Court is DIRECTED to file the first amended complaint attached as exhibit A to the stipulation (ECF No. 19 at 6); and

///

///

///

///

///

1

1          3.      Defendants shall file a responsive pleading within thirty (30) days of the date of

2                  entry of this order.

3

4    IT IS SO ORDERED.

5    Dated:   **April 30, 2019**
                                                    _____
6                                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2