# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:18-cv-01468-AWI-SAB <br><br> ORDER DIRECTING DEFENDANTS COUNTY OF MERCED, COREY GIBSON, AARON ROSENBURG, GREG SULLIVAN, AND VERNON WARNKE TO FILE A STATEMENT SIGNIFYING CONSENT TO STIPULATION OF DISMISSAL OF CLAIM <br><br> (ECF No. 26) <br><br> SEVEN DAY DEADLINE |

On June 24, 2019, Plaintiffs and Defendant California Forensic Medical Group, Inc. ("CFMG") filed what was titled a joint motion to dismiss Plaintiffs' second cause of action against Defendant CFMG. (ECF No. 26.) However, the body of the filed document is in the form of a stipulation of dismissal under Federal Rule of Civil Procedure 41(a), signed by Plaintiffs and Defendant CFMG only. (ECF No. 26.) A stipulation of dismissal under Rule 41(a) requires the approval of all parties who have appeared in the action. See Fed. R. Civ. P. 41(a)(1)(ii). Although the document is titled a joint motion, the Court finds it appropriate to accept the filing as a Rule 41(a) stipulation of dismissal if the other parties who have appeared in the action submit a signed filing approving of the stipulation. Defendants County of Merced, Corey Gibson, Aaron Rosenburg, Greg Sullivan, and Vernon Warnke have appeared in this action, but are not signatories to the stipulation of dismissal.

Accordingly, IT IS HEREBY ORDERED that within seven days of entry of this order, Defendants County of Merced, Corey Gibson, Aaron Rosenburg, Greg Sullivan, and Vernon Warnke shall file a statement signifying whether they approve or disapprove of the terms of the stipulation filed on June 24, 2019 (ECF No. 26), and consent to allowing for Plaintiffs' second cause of action against Defendant CFMG to be dismissed with prejudice. If these Defendants do not consent to such stipulation, the Court will construe the filing as a motion to dismiss and set the motion for hearing and establish a briefing schedule.

IT IS SO ORDERED.

Dated: **June 26, 2019**

UNITED STATES MAGISTRATE JUDGE