# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | Case No. 1:18-cv-01468-AWI-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES<br><br>(ECF Nos. 18, 31) |

On January 10, 2019, the Court issued a scheduling order in this action setting discovery deadlines, as well as a dispositive motion deadline of February 28, 2020, a pretrial conference for May 6, 2020, and a trial date of June 30, 2020. (ECF No. 18.) On July 19, 2019, the parties filed a stipulation to extend each discovery deadline in this action by approximately four months. (ECF No. 31.) The parties state they are working diligently to complete discovery, that this is the first request for an extension, and that the extension will not impact the trial date currently set in this matter. (ECF No. 31.)

Finding good cause exists to extend the deadlines, IT IS HEREBY ORDERED that the January 10, 2019 scheduling order is amended as follows:

1. Deadline for non-expert discovery: December 31, 2019;
2. Deadline for expert disclosure: February 3, 2020;
3. Deadline for supplemental expert disclosure: March 31, 2020;

1

4. Deadline for the completion of expert discovery: May 29, 2020; and

5. All other aspects of the January 10, 2019 scheduling order (ECF No. 18), remain in effect.

The Court notes that because the new deadline for completion of expert discovery will extend beyond the current deadline to file a dispositive motion, the Court assumes that by extending the expert discovery period that such expert discovery will not be used in any dipositive motion. If the parties' intent is otherwise they are to advise the court within five days of entry of this order.

IT IS SO ORDERED.

Dated: **July 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE