UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF MERCED, et al., <br><br>Defendants. | Case No. 1:18-cv-01468-AWI-SAB <br><br> ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |

On April 15, 2020, the parties filed a stipulation to amend the scheduling order in this matter.  The Court finds good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED that the January 10, 2019 scheduling order, as amended on July 19, 2019, and  December 27, 2019, is AMENDED as follows:

| | |
|---|---|
| Non-expert discovery deadline: | August 31, 2020 |
| Expert disclosure: | October 5, 2020 |
| Supplemental expert disclosure: | November 30, 2020 |
| Expert discovery deadline: | January 29, 2021 |
| Dispositive motion filing deadline: | October 30, 2020 |
| Pretrial conference: | March 3, 2021, at 10:30 a.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii |
| Trial: | May 10, 2021 at 8:30 a.m. in Courtroom 2 (AWI) |

before District Judge Anthony W. Ishii

All other aspects of the January 10, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **April 16, 2020**

UNITED STATES MAGISTRATE JUDGE