# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:18-cv-01468-AWI-SAB <br><br> ORDER REQUIRING PARTIES TO FILE MOTION FOR APPROVAL OF MINOR SETTLEMENT <br><br> (ECF Nos. 55, 56) |

On August 13, 2020, the parties attended a settlement conference before Magistrate Judge Kendall J. Newman, with the parties reaching settlement and placing the settlement terms on the record. (ECF No. 55.) On August 18, 2020, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 56.) However, because the Plaintiffs in this action are minors, the parties must submit a motion for approval of the settlement that complies with Local Rule 202, and set the motion for hearing before the undersigned for the issuance of findings and recommendations.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days, the parties shall file a motion for approval of the settlement that complies with Local Rule 202.

IT IS SO ORDERED.

Dated:   **August 19, 2020**

UNITED STATES MAGISTRATE JUDGE