# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:18-cv-01468-AWI-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR APPROVAL OF SETTLEMENT OF MINORS' CLAIMS <br><br> (ECF Nos. 61, 64) |

On September 11, 2020, Elenor Skye Villanueva Patino ("Elenor"), a minor, by and through her guardian ad litem, Julia Villanueva, and Lillyanna Amelia Patino ("Lillyanna"), a minor, by and through her guardian ad litem, Adrianna Lucas Andrade (collectively "Plaintiffs"), filed a motion for approval of settlement of minors' claims. (ECF No. 61.) The matter was referred to the Magistrate Judge assigned to this action for issuance of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 13, 2020, the assigned Magistrate Judge issued findings and recommendations recommending that the motion for approval of settlement of minors' claims be granted. (ECF No. 64.) The Findings and Recommendations contained notice that any objections were to be filed within 14 days. (Id.) To date, no objections have been filed, and the period to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

1

Court concludes that the Magistrate Judge's findings and fecommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 13, 2020 (ECF No. 64), are ADOPTED IN FULL;
2. The motion for approval of settlement of minors' claims (ECF No. 61), is GRANTED; and
3. The parties are DIRECTED to file with the Court a stipulation for dismissal of the action, within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: November 10, 2020

SENIOR DISTRICT JUDGE