# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENOR SKYE VILLANUEVA PATINO, et al., | Case No.  1:18-cv-01468-AWI-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | (ECF No. 66) |

Plaintiffs Elenor Skye Villanueva Patino ("Elenor"), a minor, by and through her guardian ad litem, Julia Villanueva, and Lillyanna Amelia Patino ("Lillyanna"), a minor, by and through her guardian ad litem, Adrianna Lucas Andrade (collectively "Plaintiffs"), filed this action on October 24, 2018.  (ECF No. 1.)  On August 13, 2020, the parties attended a settlement conference before Magistrate Judge Kendall J. Newman, with the parties reaching settlement and placing the settlement terms on the record.  (ECF No. 55.)  On November 10, 2020, the District Judge adopted findings and recommendations that recommended granting Plaintiffs' motion for approval of settlement of the minors' claims.  (ECF No. 65.)

On December 8, 2020, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees.  (ECF No. 66.)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

1        Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

2   case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

3

4   IT IS SO ORDERED.

5   Dated:   **December 9, 2020**

                                                  UNITED STATES MAGISTRATE JUDGE